UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

SHANNON BATES, et al.,

          Plaintiffs,

     v.

COUNTY OF DEL NORTE,

          Defendant.

Case No.  25-cv-02604-RMI

**JUDGMENT**

On May 8, 2026, the court entered an order granting Defendant's Motion to Dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: May 8, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California